UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER SEAN BURRUS,

      Petitioner,

 v.

ROBERT JACKSON,

      Respondent.

CASE NO. 2:23-cv-01968-BHS-GJL

ORDER TO SHOW CAUSE OR
PAY FILING FEE, § 2254 ACTION

This federal habeas action filed pursuant to 28 U.S.C. § 2254 has been referred to United States Magistrate Judge Grady J. Leupold. Petitioner moves for leave to proceed with this action *In Forma Pauperis* ("IFP"). Dkt. 1. Petitioner's IFP Motion demonstrates he has, on average, a $100 net monthly income, monthly expenses that do not exceed this amount, and around $180 to $430 in various savings accounts. *Id.* at 1–2. Thus, the Court finds that Petitioner can afford the $5.00 filing fee.

Accordingly, Petitioner is **ORDERED** to show cause why his IFP Motion should not be denied. Petitioner must either respond to the Court's Show Cause Order or pay the $5.00 filing fee on or before March 15, 2024. The Court will defer ruling on the IFP Motion until that date.

ORDER TO SHOW CAUSE OR PAY FILING FEE,
§ 2254 ACTION - 1

The Clerk of Court is directed to **RENOTE** the IFP Motion for consideration on March 15, 2024.

Dated this 26th day of February, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER TO SHOW CAUSE OR PAY FILING FEE,
§ 2254 ACTION - 2