UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER SEAN BURRUS,

               Petitioner,

    v.

ROBERT JACKSON,

               Respondent.

CASE NO. 2:23-cv-01968-BHS-GJL

ORDER ON MOTION FOR EXTENSION OF TIME

This federal habeas action filed pursuant to 28 U.S.C. § 2254 has been referred to United States Magistrate Judge Grady J. Leupold. Before the Court is Respondent's Motion for Extension of Time to File an Answer to the Petition.[1] Dkt. 14. Upon review, the Court finds Respondent has shown good cause for an extension and **GRANTS** the Motion.

The new deadline for Respondent to file an Answer is **June 10, 2024**. Petitioner may file a response to the Answer on or before **July 2, 2024**, and Respondent may file a reply not later than **July 9, 2024**, which is the noting date designated for consideration of the Answer.

---

[1] Because principles of judicial economy and fairness favor an expeditious resolution to this matter, the Court considers the instant Motion before the noting date.

ORDER ON MOTION FOR EXTENSION OF TIME - 1

In addition, to ensure Respondent has sufficient time to respond to the arguments made in Petitioner's Motion to Appoint Counsel (Dkt. 15), the Court *sua sponte* **EXTENDS** the response deadline for that Motion until **June 3, 2024**; Petitioner may file a reply in support of his Motion to Appoint Counsel not later than **June 10, 2024**. The Clerk of Court is **DIRECTED** to **RENOTE** the Motion for consideration on **June 10, 2024**.

Dated this 9th day of May, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER ON MOTION FOR EXTENSION OF TIME - 2