UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER SEAN BURRUS,

          Petitioner,

   v.

ROBERT JACKSON,

          Respondent.

CASE NO. 2:23-cv-01968-BHS-GJL

ORDER GRANTING EXTENSION AND REFERRING CASE FOR REVIEW

This federal habeas action filed pursuant to 28 U.S.C. § 2254 has been referred to United States Magistrate Judge Grady J. Leupold. Before the Court is Petitioner Christopher Sean Burrus's Motion to Appoint Counsel (Dkt. 25) and his Motion for Extension of Time to respond to Respondent's Answer (Dkt. 27). For good cause shown, Petitioner's Motion for an Extension is **GRANTED**. However, the Court **DEFERS** decision on his Motion to Appoint Counsel until after the Office of the Federal Public Defender has conducted a review of this case.

While there is no constitutional right to appointment of counsel in actions brought under § 2254, the Court may exercise its discretion to appoint counsel for a financially eligible individual where the "interests of justice so require." 18 U.S.C. § 3006; *see also Weygardt v.*

ORDER GRANTING EXTENSION AND REFERRING
CASE FOR REVIEW - 1

*Look*, 718 F.2d 952 (9th Cir. 1983). It appears that appointment of counsel may be warranted in this case, but the Court has insufficient information at present to determine whether the interests of justice, in fact, require such an appointment and whether Petitioner is financially eligible.

Accordingly, the Court **ORDERS** the following:

(1) This matter is **REFERRED** to the Office of the Federal Public Defender for review. Not later than **September 24, 2024**, the Office of the Federal Public Defender shall **ADVISE** the Court whether it intends to seek appointment in this matter.

   a. If the Office of the Federal Public Defender advises that it **WILL** seek appointment in this matter, it shall **ASSIST** Petitioner in preparing an amended motion for appointment of counsel and a financial affidavit to aid the Court in determining whether Petitioner is financially eligible for such an appointment not later than **October 1, 2024**.

   b. If the Office of the Federal Public Defender advises that it **WILL NOT** seek appointment in this matter, Petitioner shall **SUBMIT** a financial affidavit detailing the total amount of funds currently available to him as well as any liabilities or financial obligations detracting from that sum not later than **October 1, 2024**.

(2) The Court will establish new deadlines for Petitioner's response in opposition to Respondent's Answer and Respondent's optional reply in support after it has made a decision on the appointment of counsel in this case.

(3) Finally, the Clerk of Court is **DIRECTED** to **RENOTE** the Motion to Appoint Counsel (Dkt. 25) for consideration on **October 1, 2024**. The Clerk is further **DIRECTED** to **REMOVE** the noting date from the Response (Dkt. 22) until reestablished in a subsequent order. The Clerk shall also send a copy of this Order to the Office of the Federal Public Defender for the Western District of Washington.

Dated this 3rd day of September, 2024.

Grady J. Leupold
United States Magistrate Judge