1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10  CHRISTOPHER SEAN BURRUS,

11                        Petitioner,

         v.

12  ROBERT JACKSON,

13                        Respondent.

14

CASE NO. 2:23-cv-01968-BHS-GJL

ORDER GRANTING EXTENSION
AND AMENDING CASE
SCHEDULE

15       This 28 U.S.C. § 2254 habeas action has been referred to United States Magistrate Judge

16  Grady J. Leupold. Currently before the Court is Respondent's Second Unopposed Motion for

17  Extension of Time to file an answer and supporting state court record in this federal habeas

18  action. Dkt. 45. In a sworn declaration, Counsel for Respondent states he requires an additional

19  thirty days to prepare and file the answer and state court record because of the complex legal

20  issues and lengthy procedural history involved as well as competing demands in other habeas

21  actions. *Id*. at 2–3. Counsel for Respondent further states that he spoke with Petitioner's Counsel

22  and Petitioner does not object to this request. *Id.* at 3.

23  //

24

ORDER GRANTING EXTENSION AND
AMENDING CASE SCHEDULE - 1

1    For good cause shown, the Unopposed Motion (Dkt. 45) is **GRANTED**, and the case

2  schedule (Dkt. 40) is **AMENDED** as follows:

3    a.    Respondent shall file and serve an answer in accordance with Rule 5 of the
         Rules Governing Section 2254 Cases in United States District Courts not
4        later than **July 18, 2025**. As part of such answer, Respondent shall state
         whether Petitioner has exhausted available state remedies and whether an
5        evidentiary hearing is necessary. Respondent shall not file a dispositive
         motion in place of an answer without first showing cause as to why an answer
6        is inadequate. Respondent shall file the answer with the Clerk of the Court
         and serve a copy of the answer on Petitioner and Petitioner's counsel.

7
     b.    Petitioner may file a traverse not later than **August 8, 2025**.

8
     c.    Respondent's optional reply to the traverse is due not later than **August 25,**
9        **2025**, which will be the date noted for consideration of the Amended Petition
         and relevant briefing.

10

11    Dated this 18th day of June, 2025.

12

13    _____

14    Grady J. Leupold
     United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING EXTENSION AND
AMENDING CASE SCHEDULE - 2